IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL RALPH MOSIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.  1:13cv-819-WHA |
| ) | |
| GENEVA COUNTY JAIL, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #18), entered on January 22, 2014, and following a review of the file, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1.  The Defendants' Motion for Summary Judgment is GRANTED to the extent that the Defendants seek dismissal of this case due to the Plaintiff's failure to properly exhaust an administrative remedy prior to filing this action.

2.  This case is DISMISSED with prejudice in accordance with the provision of 42 U.S.C. § 1997e(a) for the Plaintiff's failure to properly exhaust an administrative remedy provided to him during his confinement in the Geneva County Jail, as this remedy is no longer available to him with respect to the claims presented in this action.

3.  Costs are taxed against the Plaintiff.

DONE this 19th day of February, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE