IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL RALPH MOSIER, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.  1:13cv-819-WHA |
| GENEVA COUNTY JAIL, et al., | )         (WO) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the order entered in this case on this day,

Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice.  Costs are taxed against the Plaintiff.

DONE this 19th day of February, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE